900200.00001/65699l6v.1

BLANK ROME, LLP
Attorneys for Plaintiff
SICHEM DALI SHIPPING CO. PTE LIMITED
Thomas H. Belknap, Jr. (TB-3188)
Jack A. Greenbaum (JG-0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| SICHEM DALI SHIPPING CO. PTE LIMITED, |
| Plaintiff, |
| -against- |
| OCEANIC PETROLEUM SOURCE PTE LIMITED, |
| Defendant. |

07 Civ.

**VERIFIED COMPLAINT**

Plaintiff, SICHEM DALI SHIPPING CO. PTE LIMITED ("Plaintiff"), by its attorneys Blank Rome, LLP, complaining of the above-named Defendant, OCEANIC PETROLEUM SOURCE PTE LIMITED ("Defendant"), alleges upon information and belief as follows:

1. This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. The Court has admiralty jurisdiction under 28 U.S.C. §1333.

2. At all material times, Plaintiff was and now is a foreign corporation with its offices at One Temasek Avenue, #35-05 Millenia Tower Singapore 039192.

3. At all material times, Defendant was and is a foreign corporation or other business entity organized under the laws of a foreign state, with an office at #38-07 International Plaze 98th Fl., 10 Anson Road, Singapore and with no place of business in the United States.

4. Pursuant to charterparty entered on or about September 4, 2006 (the "Charter"), Defendant chartered the M/V SICHEM DALI, for one voyage from Bandar Bushire and/or Bandar Imam Khomeini, Iran, to carry a cargo of rubber process oil and lube oils to Kandla and Mumbai, India.

5. The Charter specified terms for calculating laytime and demurrage and provided obligations of the defendant to supply cargo so that the Vessel could depart the loadport without delay.

6. In accordance with the Charter, Plaintiff issued Defendant its Invoice No. 3143 dated 9 November 2006 in respect of unpaid demurrage incurred in respect of the Charter totaling $113,526.56.

7. No part of this invoice has been paid, although duly demanded and notwithstanding that the time of the payment has passed.

8. Additionally or alternatively, Plaintiff claims damages for detention for the period at Bandar Imam Khomeini while Defendant was awaiting Customs clearance and cargo documents, together with demurrage at both the load and discharge ports, totaling $115,016.14.

9. The Charter requires arbitration of disputes thereunder in London, and Plaintiff has commenced arbitration against Defendant in London seeking recovery on its claim for demurrage and/or detention. Plaintiff's claims are more fully detailed in its Claim Submissions filed in those proceedings, and Plaintiff reserves it right to arbitrate the dispute pursuant to 9 U.S.C. § 8.

10.     Maritime Arbitrators in London routinely award interest, legal fees and arbitral costs to a successful party. Plaintiff estimates that it will be awarded interest of US $25,000 plus attorneys' fees, arbitrators' fees and costs of US$30,000 against Defendant in the London arbitration.

11.     To date, Defendant has failed to provide security for any part of Plaintiff's claim.

12.     Accordingly, the total amount of Plaintiff's claims for which Plaintiff requests issuance of Process of Maritime Attachment and Garnishment is US$170,016.14.

13.     Defendant cannot be found within this district within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but Defendant is believed to have or will have during the pendency of this action, assets within this district consisting of cash, funds, freight and/or hire credits in the hands of garnishees in this District, including but not limited to electronic fund transfers.

**WHEREFORE**, Plaintiff prays:

A.      That process in due form of law issue against the Defendant, citing it to appear and answer under oath all and singular the matters alleged in the Complaint;

B.      That since the Defendant cannot be found within this District pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims, attaching all of Defendant's tangible or intangible property or any other funds held by any garnishee in the district which are due and owing or otherwise the property of to the Defendant up to the amount of US$170,016.14 to secure the Plaintiff's claims, and that all persons claiming any interest in the same be cited to

4

appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint;

C. That this Court enter judgment for Plaintiff's damages plus interest and costs, or retain jurisdiction over this matter through the entry of a judgment on an arbitration award.

D. That Plaintiff may have such other, further and different relief as may be just and proper.

Dated: New York, NY
August 22, 2007

Respectfully submitted,
BLANK ROME LLP
Attorneys for Plaintiff
SICHEM DALI SHIPPING CO. PTE LIMITED

By: *signature*
Jack A. Greenbaum (JG-0039)
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

**VERIFICATION**

STATE OF NEW YORK   )
                   : ss.:
COUNTY OF NEW YORK )

Jack A. Greenbaum, being duly sworn, deposes and says:

1. I am a member of the bar of this Honorable Court and of the firm of Blank Rome LLP, attorneys for the Plaintiff.

2. I have read the foregoing Complaint and I believe the contents thereof are true.

3. The reason this Verification is made by deponent and not by Plaintiff is that Plaintiff is a foreign corporation, no officer or director of which is within this jurisdiction.

4. The sources of my information and belief are documents provided to me and statements made to me by representatives of the Plaintiff.

_____
Jack A. Greenbaum

Sworn to before me this
22nd day of August, 2007

_____
Notary Public

NEAL MITCHELL
Notary Public, State of New York
No. 01MI6114408
Qualified in New York County
Commission Expires Aug. 16, 20__

BLANK ROME, LLP
Attorneys for Plaintiff
SICHEM DALI SHIPPING CO. PTE LIMITED
Thomas H. Belknap, Jr. (TB-3188)
Jack A. Greenbaum (JG-0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SICHEM DALI SHIPPING CO. PTE LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>OCEANIC PETROLEUM SOURCE PTE LIMITED,<br><br>Defendant. | 07 Civ. 7461 (GBD)<br><br>**AFFIDAVIT PURSUANT TO SUPPLEMENTAL RULE B** |

STATE OF NEW YORK )
                  ) ss:
COUNTY OF NEW YORK )

Jack A. Greenbaum, being duly sworn, deposes and says:

1. I am a member of the Bar of this Honorable Court and a member of the firm of Blank Rome LLP, attorneys for the Plaintiff herein. I am familiar with the circumstances of the Verified Complaint and submit this affidavit in support of Plaintiff's request for the issuance of Process of Maritime Attachment and Garnishment of the property of defendant OCEANIC PETROLEUM SOURCE PTE LIMITED ("Defendant"), a foreign corporation, pursuant to Supplemental Rule B For Certain Admiralty and Maritime Claims of the Federal Rules of the Federal Rules of Civil Procedure.

900200.00001/6570059v.1

2. Defendant is a party to the maritime contract of charter party on which this claim is based, and is a foreign corporation or other business entity organized and existing under the laws of Singapore or some other foreign jurisdiction.

3. Under my supervision, my office conducted a search of the New York State Secretary of State, Division of Corporations, the Transportation Tickler, telephone assistance, and a general internet search.

4. In our search, we did not find any listing or reference to Defendant in this judicial district or the state of New York. In the circumstances, I believe Defendant cannot be found within this district.

_____
Jack A. Greenbaum (JG-0039)

Sworn to before me this
22nd day of August, 2007

_____
Notary Public

NEAL MITCHELL
Notary Public, State of New York
No. 01MI6114406
Qualified in New York County
Commission Expires Aug. 16, 20__