UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SICHEM DALI SHIPPING CO. PTE LIMITED,

    Plaintiff,

-against-

OCEANIC PETROLEUM SOURCE PTE LIMITED,

    Defendant.

07 Civ.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff SICHEM DALI SHIPPING CO. PTE LIMITED ("Plaintiff"), certifies that, according to information provided to counsel by its client, Plaintiff is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated: New York, New York
August 22, 2007

BLANK ROME LLP
Attorneys for Plaintiff
SICHEM DALI SHIPPING CO. PTE LIMITED

By: _____
Jack A. Greenbaum (JG-0039)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
Tel.: (212) 885-5000

BLANK ROME LLP
Attorneys for Plaintiff
SICHEM DALI SHIPPING CO. PTE LIMITED
Thomas H. Belknap, Jr. (TB-3188)
Jack A. Greenbaum (JG-0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000



07 CV 7461

JUDGE DANIELS

AUG 27 2007
U.S.D.C. S.D.N.Y.
CASHIERS

900200.00001/657006v.1