BLANK ROME, LLP
Attorneys for Plaintiff
SICHEM DALI SHIPPING CO. PTE LIMITED
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 9 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SICHEM DALI SHIPPING CO. PTE LIMITED,

    Plaintiff,

-against-

OCEANIC PETROLEUM SOURCE PTE LIMITED,

    Defendant.

07 Civ. 7461 (GBD)

**NOTICE OF VOLUNTARY DISMISSAL AND RELEASE OF RULE B ATTACHMENT**

---

  PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendant, and

  WHEREAS, pursuant to Order for Process of Maritime Attachment, this Court issued a Process of Maritime Attachment and Garnishment against the property belonging to defendant, OCEANIC PETROLEUM SOURCE PTE LIMITED, under the control of, or held by various garnishees in New York.

  NOW, on the consent of the attorney for plaintiff, it is

  ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of Maritime Attachment and Garnishment issued in this action, be and is hereby vacated.

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
October 4, 2007

BLANK ROME, LLP
Attorneys for Plaintiff
SICHEM DALI SHIPPING CO. PTE LIMITED

By _____
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

SO ORDERED: OCT 05 2007

_____
U.S.D.J.
HON. GEORGE B. DANIELS